**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Robert Miller, Appellant.

In the Interest of minors under the age of eighteen.

Appellate Case No. 2021-000091

———————

Appeal From Charleston County
Spiros S. Ferderigos, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-225
Submitted June 10, 2021 – Filed June 14, 2021

———————

**AFFIRMED**

———————

Heather Vry Scalzo, of Byford & Scalzo, LLC, of
Greenville, for Appellant.

Regina T. Parvin, of Charleston, for Respondent.

Joshua Keith Roten, of Summerville, for the Guardian ad
Litem.

———————

**PER CURIAM:** Robert Miller appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Miller's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.